Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT, ALAN YOUNG, and JOHN MCMORRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD HEYER,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT ALAN YOUNG, JOHN MCMORRIS AND DOES 1 THROUGH 25,<br><br>Defendant. | CASE NO. CV10-4525-MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, AND OTHER CASE DEADLINES** |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

1. On or about November 17, 2010, Plaintiff Richard Heyer ("Plaintiff") served his First Amended Complaint ("FAC") on the Governing Board of the Mount Diablo Unified School District ("District"), Alan Young and John McMorris (collectively the "Defendants").

2. On or about November 29, 2010, Defendants' counsel, who has not yet appeared, informed Plaintiff's counsel of Defendants' intention to file a motion to dismiss and/or strike by December 7, 2010, with a hearing date anticipated in January 2011. Based on Plaintiff's counsel's

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER CASE DEADLINES      1      CV10-4525-MEJ

unavailability during most of the month of January 2011, Plaintiff has agreed to extend Defendants' deadline to file a responsive pleading until January 14, 2011.

      3.     The parties further stipulate to continue the case management conference, currently scheduled for January 13, 2011, and all respective ADR and Rule 26 deadlines, pending the outcome of the hearing on Defendants' motion to dismiss and strike.

**SO STIPULATED.**

DATED: December 1, 2010.                    Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By:  /s/ Joshua A. Stevens
     Joshua A. Stevens
     Attorneys for Defendants GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT, ALAN YOUNG, and JOHN MCMORRIS

DATED:  December 1, 2010.                   Respectfully submitted,

LAW OFFICES OF CURTIS G. OLER


By:  /s/ Curtis G. Oler
     Curtis G. Oler
     Attorney for Plaintiff RICHARD HEYER

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER CASE DEADLINES     2     CV10-4525-MEJ

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that Defendants shall file their responsive pleading to Plaintiff's FAC on or before January 14, 2011.

IT IS HEREBY FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the case management conference, currently scheduled for January 13, 2011, and all respective ADR and Rule 26 deadlines, are VACATED pending the outcome of the hearing on Defendants' motion to dismiss and strike.

DATED: December 3, 2010

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

00283.00141/238057.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER CASE DEADLINES     3     CV10-4525-MEJ