Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendant GOVERNING BOARD
OF THE MOUNT DIABLO UNIFIED SCHOOL
DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD HEYER,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. CV10-4525-MMC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On or about March 4, 2011, Plaintiff Richard Heyer ("Plaintiff") served his Second Amended Complaint ("SAC") on the Defendant Governing Board of the Mount Diablo Unified School District ("Defendant").

2. On or about March 7, 2011, Defendants' counsel informed Plaintiff's counsel of Defendants' intention to file a motion to dismiss Plaintiff's Second Amended Complaint.

3. The parties stipulate to continue the case management conference, currently scheduled for March 18, 2011, and all respective ADR and Rule 26 deadlines, pending the

outcome of the hearing on Defendants' motion to dismiss Plaintiff's Second Amended Complaint.

**SO STIPULATED.**

DATED: March 8, 2011.                    Respectfully submitted,

FAGEN FRIEDMAN & FULFROST, LLP


By: /s/ Joshua A. Stevens
    Joshua A. Stevens
    Attorneys for Defendant GOVERNING BOARD
    OF THE MOUNT DIABLO UNIFIED SCHOOL
    DISTRICT

DATED: March 8, 2011.                    Respectfully submitted,

LAW OFFICES OF CURTIS G. OLER


By: /s/ Curtis G. Oler
    Curtis G. Oler
    Attorney for Plaintiff RICHARD HEYER

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the case management conference, currently scheduled for March 18, 2011, is continued to May 27, 2011, and all respective ADR and Rule 26 deadlines are likewise continued. ~~pending the outcome of the hearing on Defendants' motion to dismiss Plaintiff's Second Amended Complaint.~~

DATED: March 9, 2011

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

00283.00141/238057.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE — 3 — CV10-4525-MMC