Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Joshua A. Stevens, SBN 228239
jstevens@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendant GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD HEYER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | CASE NO. CV10-4525-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

　　　　1.　　On or about May 13, 2011, plaintiff Richard Heyer ("Plaintiff") served his Third Amended Complaint on defendant Governing Board of the Mount Diablo Unified School District ("Defendant").

　　　　2.　　On or about May 17, 2011, Defendant's counsel informed Plaintiff's counsel of Defendant's intention to file a motion to dismiss Plaintiff's Third Amended Complaint.

　　　　3.　　The parties stipulate to continue the case management conference, currently scheduled for May 27, 2011, and all respective ADR and Rule 26 deadlines, pending the outcome

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE　　　　1　　　　CV10-4525-MMC

1. of the hearing on Defendant's motion to dismiss Plaintiff's Third Amended Complaint.
2. **SO STIPULATED.**
3. DATED: May 17, 2011.                    Respectfully submitted,

   FAGEN FRIEDMAN & FULFROST, LLP


   By: /s/ Joshua A. Stevens
   Joshua A. Stevens
   Attorneys for Defendant GOVERNING BOARD
   OF THE MOUNT DIABLO UNIFIED SCHOOL
   DISTRICT

   DATED: May 17, 2011.                    Respectfully submitted,

   LAW OFFICES OF CURTIS G. OLER


   By: /s/ Curtis G. Oler
   Curtis G. Oler
   Attorney for Plaintiff RICHARD HEYER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the case management conference, currently scheduled for May 27, 2011, is continued to July 29, 2011 and all respective ADR and Rule 26 deadlines, are likedwise continued ~~pending the outcome of the hearing on Defendants' motion to dismiss Plaintiff's Third Amended Complaint.~~

DATED: __May 20, 2011_____    _____
                               Hon. Maxine M. Chesney
                               UNITED STATES DISTRICT JUDGE

00283.00141/272365.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE                3                CV10-4525-MMC