IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HEYER<br><br>    Plaintiff,<br><br>  v.<br><br>GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT; et al.,<br><br>    Defendants,<br>_____/ | No. C-10-4525 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On May 27, 2011, defendant the Governing Board of the Mount Diablo Unified School District (the "Board") filed an motion to dismiss plaintiff Richard Heyer's Third Amended Complaint.  The Board has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and  . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

The Board is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  The Board is hereby advised that if it fails in the future to comply with General

Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 2, 2011

MAXINE M. CHESNEY
United States District Judge