IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNING BOARD OF THE MOUNT DIABLO UNIFIED SCHOOL DISTRICT; et al.,<br><br>    Defendants. | No. C 10-4525 MMC<br><br>**ORDER VACATING JULY 1, 2011 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

   Before the Court is defendant Governing Board of the Mount Diablo School District's ("the Board") motion, filed May 27, 2011, to dismiss plaintiff Richard Heyer's ("Heyer") Third Amended Complaint. Heyer has filed opposition, to which the Board has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for July 1, 2011.

   **IT IS SO ORDERED.**

Dated: June 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge