IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD HEYER,

                  No. CV-10-4525 MMC

        Plaintiff,

               **JUDGMENT IN A CIVIL CASE**

  v.

GOVERNING BOARD OF THE MOUNT
DIABLO UNIFIED SCHOOL DISTRICT; et al.,

        Defendants.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Board's motion to dismiss Heyer's Third Amended Complaint is hereby GRANTED and the above-titled action is hereby DISMISSED.


Dated: July 1, 2011                  Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                      By: Tracy Lucero
                      Deputy Clerk